1  JUNJI SUZUKI (SBN 184738)
   junji@marshallsuzuki.com
2  TOKIKO YASUDA (SBN 257128)
   tokiko@marshallsuzuki.com
3  MARSHALL SUZUKI LAW GROUP, LLP
   230 California Street, Suite 415
4  San Francisco, CA 94111
5  Telephone: (415) 618-0090
   Facsimile: (415) 618-0190
6  Attorneys for Shueisha Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re DMCA Subpoena to Cloudflare, Inc. | Case No: 3:21-mc-80072 <br><br> **DECLARATION OF HIROYUKI NAKAJIMA** |
|---|---|

I, Hiroyuki Nakajima, declare and testify as follows:

1. I am an attorney duly licensed to practice law in Japan. I represent Shueisha, Inc., a Japanese corporation, in the above-entitled proceeding and as such, I am authorized and qualified to make this declaration for and on its behalf, and I make this declaration for that reason.

2. Shueisha, Inc. is seeking a subpoena pursuant to 17 U.S.C. § 512(h) to obtain information sufficient to identify the persons infringing its copyrighted works.

3. The purpose for which this subpoena is sought is to obtain the identity of the alleged infringers. Such information will only be used for the purpose of protecting rights under the Copyright Act (17 U.S.C. § 101, et seq.).

//
//

1    I declare under penalty of perjury under the laws of the United States of America that the
2    foregoing is true and correct.
3
4    Executed on March 24, 2021.
5
6                                                    *Hiroyuki Nakajima*
7                                                    Hiroyuki Nakajima
                                                     Attorney for Shueisha Inc.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-Page 2 of 2-

**In re DMCA Subpoena to Cloudflare, Inc.**
Declaration of Hiroyuki Nakajima